IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NAVISTAR FINANCIAL
CORPORATION                                                                                           PLAINTIFF

vs.                                          4:10CV00938-BRW

DC ACQUISITIONS, LLC;
DC XPRESS OF LITTLE ROCK, LLC;
and ROBERT SANDERS                                                                        DEFENDANTS

## ORDER

It has come to the attention of the Court, through the filing of a Notice of Bankruptcy, that the defendant in the above styled matter, Robert Sanders, has filed a petition for relief under Chapter 11 of the United States Bankruptcy Court for the Eastern District of Arkansas, Case No. 4:11-bk-13320. The automatic say provisions of 11 U.S.C. § 362(a) are applicable to the plaintiff in this matter.

IT IS THEREFORE ORDERED that the Clerk administratively terminate this action, without prejudice, to the right of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation, order, or for any other purpose required to obtain a final determination of the litigation. Provided however, this case will not be reopened unless within 60 days of the final disposition of the above proceeding an application to reopen is filed by one or more parties to this action. If no such motion to reopen is filed within said 60 day period, this Order will be deemed a dismissal with prejudice of all claims made in this case.

IT IS SO ORDERED 27th day of October, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

admnterm.bnk.wpd